# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 30, 2016

153141 & (19)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                      SC: 153141
                                      COA: 330013
                                      Oakland CC: 2012-239700-FC

DARRYL DONIAN JORDAN,
      Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the January 19, 2016 order of the Court of Appeals is considered, and it is DENIED, because the defendant has failed to meet the burden of establishing entitlement to relief under MCR 6.508(D). The motion to hold in abeyance is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 30, 2016



s1121

Clerk